UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED BY_____ D.C.

JUL 20 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

UNITED STATES OF AMERICA
Plaintiff

vs

Case No: **23-60133-CR-SMITH**

YVONNE SANANDRES ,

Defendant

# ORDER

THIS CAUSE is before the Court for the **Initial Appearance/Arraignment** of the above-named defendant(s) on a SEALED INDICTMENT filed in the Southern District of Florida.

UPON ORAL motion of the government in open court that the case be unsealed, it is hereby:

ORDERED AND ADJUDGED that the SEALED INDICTMENT filed in the Southern District of Florida be unsealed as to all parties.

DONE AND ORDERED at Fort Lauderdale, Florida this 20 day of JULY, 2023.

JARED M. STRAUSS
UNITED STATES MAGISTRATE JUDGE

cc: All Counsel of Record