UNITED STATES DISTRICT COURT FOR SOUTHERN DISTRICT OF FLORIDA **COURT ORDER/MINUTES**
U.S. MAGISTRATE JUDGE JARED M. STRAUSS- FORT LAUDERDALE, FLORIDA (203-D)

| | | | |
|---|---|---|---|
| DEFT: | YVONNE SANANDRES (SURR)# | CASE NO: | 23-60133-CR-SMITH |
| AUSA: | SEAN CRONIN | ATTY: | JEFFREY SLOMAN (TEMPORARY CAPACITY) |
| USPO: | | VIOL: | 18:U.S.C. §1344 |
| PROCEEDING: | INITIAL APPEARANCE | RECOMMENDED BOND: | |
| BOND/PTD HEARING HELD - yes / no | | COUNSEL APPOINTED: | |
| BOND SET @: | $100,000 PSB | To be cosigned by: | DEFENDANT'S FRIEND RONALD SMITH |

- ❏ All standard conditions
- ❏ Do not encumber property.
- ❏ Surrender and / or do not obtain passports / travel documents.
- ❏ Rpt to PTS as directed / or _ x's a week/month by phone; _ x's a week/month in person.
- ❏ Random urine testing by Pretrial Services. Treatment as deemed necessary.
- ❏ Maintain or seek full - time employment.
- ❏ No contact with victims / witnesses.
- ❏ No firearms.
- ❏ Electronic Monitoring:
- ❏ Travel extended to:
- ❏ Other: PLEASE REFER TO BOND FOR CONDITIONS

**GOVERNMENT MOVES TO UNSEAL INDICTMENT**

**COURT GRANTS ORAL MOTION. ORDER SIGNED.**

**ADVISED OF CHARGES. ATTORNEY JEFFREY SLOMAN**

**TEMPORARY APPEARANCE**

**GOVERNMENT RECOMMENDS $100,000 PSB WITH**

**COSIGNOR. COURT ACCEPTS BOND OF $100,000 PSB**

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| REPORT RE COUNSEL: | MONDAY JULY 31, 2023 AT 11 AM DUTY MAGISTRATE | | | |
| **PTD**/BOND HEARING: | | | | |
| **ARRAIGN** OR REMOVAL: | THURSDAY AUGUST 10, 2023 AT 11 AM DUTY MAGISTRATE | | | |
| PRELIM/EXAM HRG | | | | |

07/20/23   TIME: 11:00 AM   FTL/TAPE/# JMS-   Begin   203-D

[25 MINUTES] *** RECORDED IN ROOM 203-D JUDGE COURTROOM**
***THE TIME FROM TODAY THROUGH THE RE-SCHEDULED DATE IS EXCLUDED FROM THE DEADLINE FOR TRIAL AS COMPUTED UNDER THE SPEEDY TRIAL ACT *** (YES OR NO) DAR: 11:00:21-11:24:12