# COURT MINUTES/ORDER

## United States Magistrate Judge Panayotta Augustin-Birch

**Courtroom 203D**  **Date:** 7/31/2023  **Time:** 11:00 a.m.

**Defendant:** Yvonne Sanandres (B)   **J#:** 69160-510   **Case #:** 23-CR-60133-RS
**AUSA:** Sean Paul Cronin   **Attorney:** Jeffrey Henry Sloman, Esq. (Temporary)
**Violation:** BANK FRAUD; WIRE FRAUD
**Proceeding:** Report Re: Counsel Hearing   **CJA Appt:**
**Bond/PTD Held:** ☐ Yes  ☐ No   **Recommended Bond:**
**Bond Set at:** $100,000 PSB with Co-signor   **Co-signed by:**

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ____ ____ am, paid by ____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: ____
- ☐ Other:

**Language:** English

**Disposition:**
Defendant present

**Court grants Defense Ore Tenus to Reset Report Re: Counsel.**

**Court grants Defense Ore Tenus Request to Modify Bond.** Defendant is allowed to travel to FLMD for work purposes, with notice to Pretrial.

**NEXT COURT APPEARANCE**  Date:   Time:   Judge:   Place:
**Report RE Counsel:** 8/10/2023 at 11:00am (FTL DUTY)
**PTD/Bond Hearing:**
**Prelim/Arraign or Removal:** 8/10/2023 at 11:00am (FTL DUTY)
**Status Conference RE:**
**D.A.R.** 11:27:28   **Time in Court:** 5 minutes

**CHECK IF APPLICABLE: __X___** For the reasons stated by counsel for the Defendant and finding that the ends of justice served by granting the ore tenus motion for continuance to hire counsel outweigh the best interests of the public & the Defendant in a Speedy Trial, the Court finds that the period of time from today, through and including __8/10/2023____, shall be deemed excludable in accordance with the provisions of the Speedy Trial Act, l8 USC 3161 et seq..